Kenneth Burrows #T013098
Name and Prisoner/Booking Number

Durango Jail   D-4 25-2
Place of Confinement

3225 W. Gibson
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 4 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kenneth Burrows
(Full Name of Plaintiff)
                         Plaintiff,

vs.

(1) Joseph M. Arpaio
(Full Name of Defendant)

(2) maricopa co. sheriffs

(3) _____

(4) _____
                         Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-14-00688-PHX-PGR(DKD)

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: maricopa co. Durango Jail.

## B. DEFENDANTS

1. Name of first Defendant: __Joseph M. ARpaio__. The first Defendant is employed as: __sheriff__ at __maricopa co Durango Jail__
   (Position and Title)                                   (Institution)

2. Name of second Defendant: __maricopa co sheriffs__ The second Defendant is employed as: __N/A__ at __maricopa co. Durango Jail__
   (Position and Title)                                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Heating / cooling__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - air conditioning is always on no matter what temp is outside
   - A/C temp is 67° or below
   - won't give extra blankets or clothes
   - will not turn heat on
   - improper air ventilation
   - uncleaned ductwork
   - multiple inmates with unknown illnesses
   - can't get to medical
   - uncomfortable at all times
   - asbestos in ceilings

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   sick or getting sick, loss of sleep, cold or flu virus, headaches, bodyaches, P.T.S.S., long term effect unknown.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [ ] Yes  [x] No
   b. Did you submit a request for administrative relief on Count I?  [ ] Yes  [x] No
   c. Did you appeal your request for relief on Count I to the highest level?  [ ] Yes  [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __won't take paperwork__

**COUNT II**

1. State the constitutional or other federal civil right that was violated: ___food /nutrition___

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - Servings are under 2000 calories per day
   - 2 meals a day with no drink with dinner
   - mysterious objects in slop
   - portions are cold and small
   - loss of food during transportation
   - rotten fruit and milk
   - expired jelly
   - They changed menu from 2 milks to 1 milk and one jelly, but now we get no jelly
   - Bread is moldy

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). malnutrition, loss of weight, headaches, stomachaches, weak, P.T.S.S.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ___won't take paperwork___

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __4 men in a cell,__
   __overcrowded holding tanks__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities      ☐ Mail          ☐ Access to the court    ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property    ☐ Exercise of religion   ☐ Retaliation
   - ☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   - only Jails in U.S. to still have 4 men cells
   - 4 bunks are to close together and are a fire hazard.
   - 64 inmates to 2 toilets and 2 showers
   - toilets and sinks are clogged and won't bring maintenance
   - overcrowded holding tanks
   - not enough tables + chairs for inmates
   - bunks tables + chairs are rusted
   - asbestos in buildings
   - insanitary conditions
   - unknown illnesses between inmates

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __P.T.S.S., STAFF infections, long term effect unknown, bodily injury,__

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __won't take paperwork__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: $330.00 a day for all time spent in mARicopa Co, Jails while Joseph M. ARpaio was sheriff in other civil cases which have been settled.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-25-14
DATE

X __Kennett Burwell__
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## CERTIFICATION

I hereby certify that on this date ___April 1, 2014_____,
I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

<u>I further certify that copies of the original have been forwarded to:</u>

____   Hon _____United States District Court, District of Arizona.

____   Hon_____United States District Court, District of Arizona.

____   Attorney General, State of Arizona.

____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

____   County Attorney_____, Maricopa County, State of Arizona,

____   Public Defender _____, Maricopa County, State of Arizona.

____   Attorney _____

____   _____

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                            05/15/2012